# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

May 16, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 22 2006 ★

BROOKLYN OFFICE

The Honorable Raymond J. Dearie
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: <u>United States v. Margaret Patterson, CR-06-158 (RJD)</u>

Dear Judge Dearie:

    I am writing to confirm my conversation with Ellen Mulqueen. Ms. Patterson and the government are engaged in plea negotiations. Accordingly, we request that the status conference scheduled for May 19, 2006 be adjourned until June 9, 2006. We consent to the exclusion of speedy trial time from May 19, 2006 until June 9, 2006. The government consents to this request.

Sincerely,

Andrew L. Carter, Esq.
(718) 330-1253

cc: AUSA Steven Tiscione
Ms. Margaret Patterson

Application Approved. With consent of defendant and counsel, time from 5/19/06 through 6/9/06 is excluded for ongoing plea negotiations. Case adj'd to 6/9/06 at 12:00pm.
So Ordered
5/18/06

s/Raymond Dearie